IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| NA YU, | * | |
| Petitioner, | * | |
| v. | | Case No. 4:26-cv-1222-CDL-AGH |
| | * | |
| Warden, STEWART DETENTION CENTER et al., | * | |
| Respondent. | * | |

## **J U D G M E N T**

Pursuant to this Court's Order dated October 15, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondent.

This 15th day of October, 2026.

David W. Bunt, Clerk

s/ Ashley N. Yates, Deputy Clerk